# IN THE SUPREME COURT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In the Matter of | : | No. 2594 Disciplinary Docket No. 3 |
|  | : |  |
| EDWARD W. MILLSTEIN | : | Board File No. C1-18-928 |
|  | : |  |
|  | : | (United States District Court for the |
|  | : | Eastern District of Pennsylvania, Case No. |
|  | : | 2:17-cr-189) |
|  | : |  |
|  | : | Attorney Registration No. 62438 |
|  | : |  |
|  | : | (Philadelphia) |

## ORDER

**PER CURIAM**

**AND NOW**, this 1ˢᵗ day of May, 2019, having received no response to a rule to show cause why Edward W. Millstein should not be placed on temporary suspension, the Rule is made absolute, and he is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.